# Kramer Levin

**MEMO ENDORSED**



Paul H. Schoeman
Co-Managing Partner
T 212.715.9264
F 212.715.8064
pschoeman@kramerlevin.com

1177 Avenue of the Americas
New York, NY 10036
T 212.715.9100
F 212.715.8000

**October 18, 2021**

Via ECF

Hon. Kenneth M. Karas
The Hon. Charles L. Brieant Jr. Federal Building and Courthouse
300 Quarropas Street
White Plains, NY 10601-4105

Re: *Cooper et al. v. Anheuser-Busch, LLC*, Case No. 7:20-cv-07451-KMK

Dear Judge Karas:

We represent Defendant Anheuser-Busch, LLC ("A-B") in the above-captioned matter.

I write in accordance with Your Honor's rules to request a 30-day adjournment of the pre-motion conference scheduled before this Court on October 22, 2021 at 11:00 am. We request this adjournment to facilitate discussions that may narrow or resolve the matters in dispute prior to the adjourned conference date.

Plaintiff consents to this request, and no previous requests for an adjournment of the conference have been made. This request does not affect any other scheduled deadlines or court appearances.

Thank you for your consideration.

Respectfully submitted,

/s/Paul H. Schoeman

Paul H. Schoeman

cc: All counsel of record (via ECF)

*Granted. The Court will hold a teleconference on November 30, 2021 at 12:00 PM*

SO ORDERED

KENNETH M. KARAS U.S.D.J.

10/18/2021

KRAMER LEVIN NAFTALIS & FRANKEL LLP    NEW YORK | SILICON VALLEY | PARIS