# Kramer Levin

**MEMO ENDORSED**



Paul H. Schoeman
Co-Managing Partner
T 212.715.9264
F 212.715.8064
pschoeman@kramerlevin.com

1177 Avenue of the Americas
New York, NY 10036
T 212.715.9100
F 212.715.8000

**November 22, 2021**

<u>Via ECF</u>

Hon. Kenneth M. Karas
The Hon. Charles L. Brieant Jr. Federal Building and Courthouse
300 Quarropas Street
White Plains, NY 10601-4105

Re:   *Cooper et al. v. Anheuser-Busch, LLC*, Case No. 7:20-cv-07451-KMK

Dear Judge Karas:

We represent Defendant Anheuser-Busch, LLC in the above-captioned matter.

I write in accordance with Your Honor's rules to request a 45-day adjournment of the pre-motion conference scheduled before this Court on November 30, 2021 at 12:00 pm. The parties previously requested and received one adjournment of this conference, which was originally scheduled for October 22, 2021, in order to facilitate discussions between the parties. We request this further adjournment to continue these discussions, which may narrow or resolve the matters in dispute.

Plaintiff consents to this request. This request does not affect any other scheduled deadlines or court appearances.

Thank you for your consideration.

Respectfully submitted,

/s/ Paul H. Schoeman

Paul H. Schoeman

cc:   All counsel of record (via ECF)

*Granted. The Court will hold a pre-motion conference via telephone on February 10, 2022 at 11:30 AM*

**SO ORDERED**

KENNETH M. KARAS U.S.D.J.
11/22/2021

KRAMER LEVIN NAFTALIS & FRANKEL LLP     NEW YORK | SILICON VALLEY | PARIS