# Kramer Levin

**MEMO ENDORSED**



Paul H. Schoeman
Co-Managing Partner
T 212.715.9264
F 212.715.8064
pschoeman@kramerlevin.com

1177 Avenue of the Americas
New York, NY 10036
T 212.715.9100
F 212.715.8000

**February 1, 2022**

Via ECF

Hon. Kenneth M. Karas
The Hon. Charles L. Brieant Jr. Federal Building and Courthouse
300 Quarropas Street
White Plains, NY 10601-4105

Re:     *Cooper et al. v. Anheuser-Busch, LLC*, Case No. 7:20-cv-07451-KMK

Dear Judge Karas:

We represent Defendant Anheuser-Busch, LLC in the above-captioned matter.

I write in accordance with Your Honor's rules to request a 45-day adjournment of the pre-motion conference scheduled before this Court on February 10, 2022 at 11:30 am. The parties previously requested and received two adjournments of this conference, which was originally scheduled for October 22, 2021, in order to facilitate discussions between the parties. We request this further adjournment to continue these discussions, which may resolve the matters in dispute.

Plaintiffs consent to this request. This request does not affect any other scheduled deadlines or court appearances.

Thank you for your consideration.

Granted.  The conference is adjourned to 3/24/ 22, at 10:00  This will be the last adjournment.

Respectfully submitted,

So Ordered.

/s/ Paul H. Schoeman

Paul H. Schoeman

2/2/22