IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| TANYA COOPER and JOSEPH ROSE, on behalf of themselves and all others similarly situated<br>v.<br><br>ANHEUSER-BUSCH, LLC | Plaintiff(s)<br><br><br><br>,<br>Defendant(s) | ) **STIPULATION OF**<br>) **VOLUNTARY DISMISSAL**<br>) **PURSUANT TO F.R.C.P.**<br>) **41(a)(1)(A)(ii)**<br>)<br>) Case No.: 7:20-cv-07451-KMK<br>)<br>)<br>)<br>) |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) ANHEUSER-BUSCH, LLC pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

/s/ Timothy J. Peter
*Signature of plaintiffs or plaintiff's counsel*

1617 John F. Kennedy Blvd., Suite 1550
*Address*

Philadelphia, PA 19103
*City, State & Zip Code*

(215) 277-5770
*Telephone Number*

Dated: March 22, 2022

/s/ James F. Bennett
*Signature of defendants or defendant's counsel*

7733 Forsyth Blvd., Suite 1900
*Address*

St. Louis, MO 63105
*City, State & Zip Code*

(314) 889-7300
*Telephone Number*

Dated: March 22, 2022

SO ORDERED

KENNETH M. KARAS U.S.D.J.

3/23/22